Name & Address:
Shawn G. Hansen
Manatt, Phelps & Phillips, LLP
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
(650) 812-1300

COPY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| FUHU, INC. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:13-cv-05571-BRO(SH x) |
| v. | |
| PERSONAL AUDIO, LLC | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Shawn G. Hansen_____, whose address is _Manatt, Phelps & Phillips, LLP, 1841 Page Mill Rd., Suite 200, Palo Alto, CA 94304___. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __8-7-13__          Clerk, U.S. District Court

By: __CHRIS SAWYER__
    Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (10/11)              SUMMONS